# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RAFAEL NUÑEZ FERREIRA

VS.

SYNTEX (F.P), INC., ET AL

CIVIL NO. 98-1004(JAF)



## DESCRIPTION OF MOTION

| DATE FILED: 11/23/99 | DOCKET #: 54 | TITLE: URGENT MOTION by Syntex (F.P.), Inc., Syntex P.R., Inc. |to Continue JT| |
|---|---|---|
| [ ] Plaintiff(s) [X] Defendant(s) | | |

## O-R-D-E-R

**X** GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: The trial setting is vacated. A Status Conference will be held on December 6, 1999, at 12:00 Noon.

11/30/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE