# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RAFAEL NUÑEZ-FERREIRA

VS.                                         CIVIL NO. __98-1004__ (JAF)

SYNTEX (F.P.) INC. AND/OR
SYNTEX PUERTO RICO, INC.

---

**DESCRIPTION OF MOTION**

DATE FILED: 11/10/99  DOCKET: 52   TITLE: MOTION REQUESTING
                                          AMENDMENTS TO PRE-TRIAL ORDER
[] Plffs.         [X] Defts.

**O-R-D-E-R**

Granted. *Thus dispose of #59*

12-10-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE