# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RAFAEL NUÑEZ-FERREIRA

VS.                                            CIVIL NO. __98-1004__

SYNTEX (F.P.) INC. AND/OR
SYNTEX PUERTO RICO, INC.

---

### DESCRIPTION OF MOTION

DATE FILED: 11/28/99  DOCKET: 55    TITLE: MOTION IN LIMINE TO
                                     EXCLUDE TESTIMONY OF
[ ] Plffs.         [X] Defts.        PLAINTIFF'S WIFE ETC.

---

### O-R-D-E-R

Denied as an in limine request. The wife may be competent to testify and to corroborate the effects that the alleged discriminatory conduct has had on her husband and how this manifests in the home setting.

__12-10-99__                          _/s/ José A. Fuste_
DATE                                  JOSE A. FUSTE
                                      U.S. DISTRICT JUDGE