# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 DEC 14 AM 10:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RAFAEL NUÑEZ-FERREIRA

VS.

SYNTEX (F.P.) INC. AND/OR
SYNTEX PUERTO RICO, INC.

CIVIL NO. 98-1004 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 11/28/99   DOCKET: 56

[ ] Plffs.   [X] Defts.

TITLE: MOTION IN LIMINE TO EXCLUDE TESTIMONY OF MR. EDUARDO CRUZ, ETC.

### O-R-D-E-R

Denied as an in limine motion without prejudice of similar objections as to specific areas of testimony at trial.

12-10-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

67

3