# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RAFAEL NUÑEZ-FERREIRA

     VS.                       CIVIL NO. __98-1004__ (JAF)

SYNTEX (F.P.) INC. AND/OR
SYNTEX PUERTO RICO, INC.

---

### DESCRIPTION OF MOTION

DATE FILED: 11/30/99   DOCKET: 60   TITLE: MOTION REQUESTING AMENDMENT TO PRETRIAL ORDER

[X] Plffs.      [] Defts.

### O-R-D-E-R

Granted. This disposes of #60 & 59

---

12-10-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE