# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 DEC 14 AM 10: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RAFAEL NUÑEZ-FERREIRA

    VS.                            CIVIL NO. 98-1004 (JAF)

SYNTEX (F.P.) INC. AND/OR
SYNTEX PUERTO RICO, INC.

---

### DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 11/30/99 | DOCKET: 61 | TITLE: MOTION REQUESTING AN ENLARGEMENT OF TIME TO FILE CERTIFIED ENGLISH TRANSLATIONS OF EXHIBITS. |
| [X] Plffs. | [ ] Defts. | |

### O-R-D-E-R

Granted.

Parties will report on their settlement negotiations before Jan 18, 2,000. Otherwise, the trial setting will be immediately reinstated.

12-10-99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE