UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NUÑEZ-FERREIRA

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 98-1004 (JAG)

SYNTEX (F.P.), INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/12/99<br>**Title:** Motion for Leave to File Reply to Opposition to Motion for Summary Judgment<br>**Docket:** 53<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

Date: 10/16/00

JAY A. GARCIA-GREGORY
U.S. District Judge