IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL NUÑEZ-FERREIRA

**Plaintiff(s)**

v.                                        CIVIL NO. 98-1004 (JAG)

SYNTEX (F.P.), INC. and/or
SYNTEX PUERTO RICO, INC.

**Defendant(s)**

---

### ORDER

This case is referred to Magistrate-Judge Justo Arenas for appropriate disposition of pending motions.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge