IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFEAL NÚÑEZ-FERREIRA,

Plaintiff

v.                                                              CIVIL 98-1004 (JAG)

SYNTEX (F.P.), INC. AND/OR
SYNTEX PUERTO RICO, INC.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Settlement Conference, 08-10-01. | 84 | Granted. Conference is hereby set for September 4, 2001 at 9:30 a.m. |

In San Juan, Puerto Rico, this 16th day of August, 2001.

JUSTO ARENAS
United States Magistrate Judge