# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NUÑEZ-FERREIRA

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1004 (JAG)

SYNTEX (F.P.), INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/25/01<br>**Title:** Informative Motion<br>**Docket:** 87<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | The Court has reviewed defendant's Informative Motion on the status of settlement.<br><br>The case is referred back to Magistrate-Judge Justo Arenas for further exploration of settlement and/or a report and recommendation on the pending dispositive motions as the Magistrate-Judge may see fit. |

**Date:** October 1, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

