IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFEAL NÚÑEZ-FERREIRA,

Plaintiff

v.                                          CIVIL 98-1004 (JAG)

SYNTEX (F.P.), INC. AND/OR
SYNTEX PUERTO RICO, INC.,

Defendants

## ORDER

Having reviewed the pleadings of the parties in relation to settlement, it is clear that a seminal part of a settlement on the part of the defendant, was not discussed at our conference. The case is not settled. The motion for judgment by settlement (Docket No. 88) is denied.

In San Juan, Puerto Rico, this 29th day of October, 2001.

JUSTO ARENAS
United States Magistrate Judge