IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFEAL NÚÑEZ-FERREIRA,

Plaintiff

v.                                                            CIVIL 98-1004 (JAG)

SYNTEX (F.P.), INC. AND/OR
SYNTEX PUERTO RICO, INC.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Leave to File a Reply, 10-18-01. | 92 | Denied. |

In San Juan, Puerto Rico, this 29th day of October, 2001.

JUSTO ARENAS
United States Magistrate Judge