IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL NUÑEZ-FERREIRA

    **Plaintiff(s)**

    v.                                         CIVIL NO. 98-1004 (JAG)

SYNTEX (F.P.), INC. and/or
SYNTEX PUERTO RICO, INC.

    **Defendant(s)**

---

**JUDGMENT**

On the basis of plaintiff's "Motion Informing Settlement" (Docket No. 96), the Court hereby enters judgment dismissing the case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of December 2001.

                        JAY A. GARCIA-GREGORY
                        U.S. District Judge